Erikson M. Davis (SBN 197841)
Tala Rezai (SBN 271949)
REAL ESTATE LAW CENTER, PC
695 South Vermont Avenue, Suite 1100
Los Angeles, CA 90005
T. 213-201-6353
F. 213-201-6494

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE E. LAVARIAS, an individual and borrower,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO HOME MORTGAGE, a business entity; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-00901-JAM-KJN<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Honorable Judge: John A. Mendez<br>Courtroom: 6 |

**TO THE COURT**:

Based on Plaintiff's representation that the settlement between the parties requires Plaintiff to dismiss the action *with* prejudice, and good cause appearing, the Court ORDERS:

1. The case is dismissed *with* prejudice; and
2. Each party shall bear her/its own attorneys' fees and costs.

DATED: 9/14/2016

/s/ John A. Mendez_____
United States District Court Judge

- 1 -